Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
*swritcheson@insightplc.com*

Isaac Rabicoff
(*Pro Hac Vice admission to be filed*)
RABICOFF LAW LLC
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
773-669-4590
isaac@rabilaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Hydro Net LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Skyroam, Inc.,**<br><br>    Defendant. | Case No.<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF HYDRO NET'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Hydro Net LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: June 29, 2020            Respectfully submitted,

                                s/*Steven W. Ritcheson*
                                Steven W. Ritcheson, Esq. (SBN 174062)
                                **INSIGHT, PLC**
                                578 Washington Blvd. #503
                                Marina del Rey, California 90292
                                Telephone: (424) 289-9191

Facsimile: (818) 337-0383
swritcheson@insightplc.com

Isaac Rabicoff
(*Pro Hac Vice admission to be filed*)
RABICOFF LAW LLC
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
773-669-4590
isaac@rabilaw.com

**Attorneys for Plaintiff**
**Hydro Net LLC**

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on June 29, 2020, via the Court's CM/ECF system.

/s/*Steven Ritcheson*
Steven Ritcheson