UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYDRO NET LLC,<br>             Plaintiff,<br><br>    v.<br><br>SKYROAM, INC.,<br>             Defendant. | Case No. 20-cv-04334-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 22 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: December 14, 2020

WILLIAM H. ORRICK
United States District Judge